**Order entered July 9, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00685-CV

**JUAN F. QUINTANILLA, Appellant**

**V.**

**BAXTER PAINTING, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13607**

## ORDER

We **GRANT** appellant's July 8, 2014 opposed first motion for extension of time to file bill of exception and **ORDER** the bill be filed no later than August 22, 2014. We further **ORDER** the trial court to conduct such proceedings as necessary under Texas Rule of Appellate Procedure 33.2(c) and **ORDER** appellant to file a status report of the trial court proceedings no later than September 5, 2014. If the trial court proceedings have concluded, the status report should include verification that a supplemental clerk's record containing a copy of the bill has been requested.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Eric Moyé, Presiding Judge of the 14th Judicial District Court of Dallas County, Texas and all counsel of record.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated September 8, 2014 or when the status report is filed, whichever occurs sooner.

/s/ ELIZABETH LANG-MIERS
   JUSTICE